214 So.2d 720

Donald J. ROBERT

v.

AETNA CASUALTY & SURETY COMPANY.

No. 49538.

Oct. 25, 1968.

In re: Donald J. Robert applying for writs of certiorari, prohibition and mandamus.

This court will not exercise its supervisory jurisdiction in cases when there is no palpable error in the ruling complained of, and then only if irreparable injury will ensue. No such showing being made, the application is denied.